FRANK T. COLEMAN, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Argued May 18, 1951; decided June 1, 1951.

*Frederick E. Weinberg* and *Archibald Bromsen* for appellant.
*James L. More* and *Gerald E. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.